LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd, Suite 3225
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MORDENO, | ) CASE NO. 2:24-cv-10365-PVC |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| COSTCO WHOLESALE CORPORATION; JUAN KELLY; and DOES 1 to 15, Inclusive, | ) State Action filed:  6/06/2024 |
| Defendants. | ) |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, MARY HAYASHIDA, and defendant COSTCO WHOLESALE CORPORATION.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: April 24, 2026

_____
Hon.  Pedro V. Castillo
United States Magistrate Judge

-1-
ORDER RE: JOINT STIPULATION FOR DISMISSAL